IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **TRAVONTEA MCCRAY,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | Case No: 5:22-cv-00094-TES-CHW |
| **CERT Officer WHITE,** *et al.*, | : | |
| | : | **PROCEEDINGS UNDER 42 U.S.C. §1983** |
| Defendants. | : | **BEFORE THE U. S. MAGISTRATE JUDGE** |

## ORDER

*Pro se* Plaintiff Travontea McCray, an inmate at Macon State Prison, filed a civil rights complaint under 42 U.S.C. § 1983. (Doc. 1). Following screening, Plaintiff's Eighth Amendment excessive forms claims against Defendant White were permitted to proceed for further factual development. (Docs. 8, 11). On March 1, 2023, Defendant White was personally served by a deputy U.S. Marshal, who noted that Defendant White no longer works at Macon State Prison. (Doc. 20). To date, Defendant White has not responded to Plaintiff's complaint.

Because Defendant White's time for responding to Plaintiff's complaint has long passed, the Clerk of Court is hereby DIRECTED to enter a default against Defendant White upon the docket. <u>Plaintiff shall file a motion for default judgment within 21 days of this Order. Failure to comply may result in this action being dismissed for failure to prosecute.</u> The motion for default judgment shall state whether a hearing is necessary to determine damages, and if a hearing is not necessary, the motion shall include all evidence supporting

1

the damages sought in the motion. A copy of this order shall be mailed to Defendant White at the address at which service was perfected.

**SO ORDERED**, this 15th day of September, 2023.

s/ Charles H. Weigle<br>
Charles H. Weigle<br>
United States Magistrate Judge