# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **TRAVONTEA MCCRAY,**　　*Plaintiff,*　　v.　　**Cert Officer WHITE**, *et al.,*　　*Defendants.* | **CIVIL ACTION NO.**　**5:22-cv-00094-TES-CHW** |

## ORDER ADOPTING THE UNITED STATES
## MAGISTRATE JUDGE'S RECOMMENDATION

Before the Court is the United States Magistrate Judge's Report and Recommendation ("R&R") [Doc. 47] regarding Defendant Jaylen White's Motion to Dismiss [Doc. 45]. Because no party filed a timely objection, the Court reviews the R&R for clear error. *See* 28 U.S.C. § 636(b)(1)(C) *in connection with* Fed. R. Civ. P. 6(a)(1) & (d). Finding no error, the Court **ADOPTS** the magistrate judge's R&R [Doc. 47] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, because Plaintiff has failed to follow this Court's orders or to participate in discovery, the Court **GRANTS** Defendant's Motion to Dismiss [Doc. 45] and **DISMISSES** this action **with prejudice**.

**SO ORDERED**, this 29th day of August, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**