IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

TRAVONTEA MCCRAY,   *

    Plaintiff,   *

v.   Case No. 5:22-cv-00094-TES-CHW

    *

Cert Officer WHITE, et al.,

    *

    Defendants.

    *

## **J U D G M E N T**

Pursuant to this Court's Order dated August 29, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 30th day of August, 2024.

    David W. Bunt, Clerk

    s/ Erin Pettigrew, Deputy Clerk